Case 2:07-cr-00140-RT  Document 94  Filed 06/03/10  Page 1 of 2  Page ID #:405

1
2
3
4
5
6
7



FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR07-140-1-RT |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |
| Michael B. Robinson | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of Cal.</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on <u>• unknown community ties; unknown bail resources; non compliance</u>

1

1  WITH TERMS OF SUPERVISED RELEASE.

3  and/or

4  B.  ( )   The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7  finding is based on: _____

8  _____

9  _____

10 _____.

12       IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.

15 DATED: 6/3/10

                                    DAVID T. BRISTOW
                                    UNITED STATES MAGISTRATE JUDGE